(u) I, Isa Ali Al Murbati hereby authorize Dorsey + Whitney LLP or attorneys designated by Dorsey + Whitney LLP to represent Muhammed Qasim, Abu Abdul Aziz and Mazin Salih Al-Harbi.

(u) I make this authorization as next friend to Mr. Abu Abdul Aziz (#278?) Mr. Qasim, and Mr. Al-Harbi.

March 17, 2005                                    Isa Ali Al-Murbati

**UNCLASSIFIED**