IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABU ABDUL AZIZ, *et al.*, | ) |
| Petitioners, | ) ) ) |
| v. | ) Civil Action No. 05-CV-1864 (HHK) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | ) ) ) ) ) |
| Respondents. | ) ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 23, 2005, copies of the foregoing were transmitted via Federal Express to counsel for petitioner:

        Michael E. Mone
        ESDAILE, BARRETT & ESDAILE
        75 Federal Street
        Boston, MA 02110
        (617) 482-0333

         /s/ Preeya M. Noronha
        PREEYA M. NORONHA
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W.   Room 7226
        Washington, DC  20530
        Tel.:  (202) 514-3338
        Fax:  (202) 616-8202

        One of the Attorneys for Respondents