IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL AZIZ, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, )<br>*et al.*, )<br>)<br>Respondents. ) | Civil Action No. 05-CV-1864 (HHK) |

DECLARATION OF JOSHUA COLANGELO-BRYAN

I, JOSHUA COLANGELO-BRYAN, declare that:

1. My name is Joshua Colangelo-Bryan. I have been an attorney licensed to practice law in the State of New York since 2003 and in the State of Washington since 1999, and am in good standing with the Bars in both states.

2. I have been associated with Dorsey & Whitney LLP since 2002.

3. Since July 2004, I, along with other attorneys from Dorsey & Whitney LLP, have represented six (6) citizens of Bahrain, who are being held at the U.S. Naval base at Guantánamo Bay, Cuba.

4. On or about March 17, 2005, I met with one of my clients, Isa Ali Al Murbati, at the U.S. Naval Base at Guantánamo Bay, Cuba.

5. During the course of our discussions, Mr. Al Murbati told me that another detainee named Abu Abdul Aziz wanted a lawyer. Mr. Al Murbati indicated that Mr. Aziz understood there was a legal process underway in the U.S. Courts challenging the

legality of detainees' confinement and that Mr. Aziz had asked Mr. Al Murbati for assistance in getting him a lawyer.

6. My client seemed particularly concerned about Mr. Aziz. He explained to me that Mr. Aziz was an Egyptian that he had met in Camp Five and that Mr. Aziz was confined to a wheelchair.

7. My client said that Mr. Aziz had told him that one year before, while Mr. Aziz was sitting on the floor at Camp Delta, four military police officers pushed his head down towards the ground and broke his back. Mr. Aziz was shackled by force and taken to a car where he sat for five (5) hours. The shackles were very tight. Subsequently, Mr. Aziz was taken to the regular naval hospital at Guantánamo Bay, where X-rays were taken that apparently showed fractured vertebrae. Mr. Aziz was told he needed an operation but declined because of he had heard of other detainees who had had operations that failed. Mr. Al Murbati told me that Mr. Aziz is always in a wheelchair, even in the shower.

8. I explained to my client that he could be "next friend" for Mr. Aziz, as well as for two other detainees who Mr. Al Murbati indicated also wanted attorneys. I then drafted an authorization for Mr. Al Murbati to sign authorizing Dorsey & Whitney LLP or attorneys designated by Dorsey & Whitney LLP to represent Mr. Aziz. My client executed this authorization as "next friend" to Mr. Aziz. A copy of this authorization is attached hereto as Exhibit A.

9. After returning from Guantánamo Bay I provided the next friend authorization to the Center for Constitutional Rights so it could assist in identifying counsel for Mr. Aziz and the other two named detainees.

10. The notes that I took relating to Mr. Aziz during my meeting with Mr. Al Murbati on March 17, 2005 are attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 29th day of September, 2005 in New York, New York.

/s/
JOSHUA COLANGELO-BRYAN