IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HISHAM SLITI, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-0429 (RJL) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |
| ABU ABDUL AZIZ, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1864 (HHK) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |

## NOTICE OF MULTIPLE PETITIONS FILED BY GUANTANAMO BAY DETAINEE

      Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify

the Court that Guantanamo Bay Detainee ISN 287 has filed petitions for writ of habeas corpus in

each of the above-captioned cases.  Detainee ISN 287 has filed petitions as Abdul Aziz Al Mossary[1]

in Sliti v. Bush, No. 05-CV-0429 (RJL), and as Abu Abdul Aziz in Aziz v. Bush, No. 05-CV-1864

---

[1]  Petitioner Al Mossary is also known as "Sami Al Laithi."

(HHK).[2]  Detainee ISN 287 has been released from Guantanamo Bay through relinquishment of

United States custody and transfer to the Government of Egypt.  See Notice of Transfer of Petitioner

Sami Al Laithi filed in Sliti v. Bush, No. 05-CV-0429 (RJL) (dkt. no. 27) (attached hereto as

Exhibit A).

Dated:  October 7, 2005                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           KENNETH L. WAINSTEIN
                                           United States Attorney

                                           DOUGLAS N. LETTER
                                           Terrorism Litigation Counsel

                                             /s/ Preeya M. Noronha
                                           JOSEPH H. HUNT (D.C. Bar No. 431134)
                                           VINCENT M. GARVEY (D.C. Bar No. 127191)
                                           TERRY M. HENRY
                                           JAMES J. SCHWARTZ
                                           PREEYA M. NORONHA
                                           ROBERT J. KATERBERG
                                           NICHOLAS J. PATTERSON
                                           ANDREW I. WARDEN
                                           EDWARD H. WHITE
                                           Attorneys
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           P.O. Box 883
                                           Washington, D.C. 20044
                                           Tel:  (202) 514-2000

                                           Attorneys for Respondents

---

[2]  Although the exhibit attached to the petition in Aziz v. Bush names petitioner Aziz as Detainee ISN 278, based on identifying information made available to respondents for the first time in Petitioners' Memorandum in Response to Respondents' Motion for Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing or, in the Alternative, to Stay Proceedings Pending Related Appeals in Aziz v. Bush, No. 05-CV-1864 (HHK) (dkt. no. 4), respondents were able to identify petitioner Aziz as Detainee ISN 287.