IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HISHAM SLITI, et al.<br><br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-429 (RJL) |

### NOTICE OF TRANSFER OF PETITIONER SAMI AL LAITHI

Respondents hereby notify the Court that petitioner in this case, Sami Al Laithi,[1] previously determined to be no longer classified as an enemy combatant, has been released from Guantanamo Bay through relinquishment of United States custody and transfer to the Government of Egypt, consistent with the policies and practices pertaining to transfers for release as outlined in the declarations of Ambassador Pierre-Richard Prosper and Deputy Assistant Secretary of Defense for Detainee Affairs Matthew C. Waxman previously filed in conjunction with Respondents' Opposition to Petitioner's Motion for Preliminary Injunction (dkt. no. 16). Petitioner's currently pending motion for reconsideration (dkt. no. 22) of the Court's denial of petitioner's motion for preliminary injunction (dkt. no. 18) is now moot.

---

[1] Respondents identify petitioner Sami Al Laithi as Abdul Aziz Al Mossary.

Dated: October 3, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
EDWARD H. WHITE

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents