IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABU ABDUL AZIZ, *et al.*, | ) |
| Petitioners, | ) |
| v. | ) Civil Action No. 05-CV-1864 (HHK) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) |
| Respondents. | ) |

**RESPONDENTS' REPLY IN SUPPORT OF MOTION FOR ORDER TO
SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR LACK OF
PROPER "NEXT FRIEND" STANDING OR, IN THE ALTERNATIVE,
TO STAY PROCEEDINGS PENDING RELATED APPEALS**

Based on petitioners' submission in response to respondents' motion for order to show cause, respondents have determined that petitioner Abu Abdul Aziz has previously filed a petition for writ of habeas corpus as Abdul Aziz Al Mossary in Sliti v. Bush, No. 05-CV-0429 (RJL). See Notice of Multiple Petitions Filed by Guantanamo Bay Detainee (dkt. no. 5). Accordingly, the above-captioned petition, which is the later-filed case pending on behalf of this detainee, should be dismissed, and issues regarding the relief requested herein, if any,[1] should be decided in Sliti v. Bush, the first-filed case.

To the extent that the above-captioned case is not dismissed, respondents hereby submit the attached brief and exhibits in support of their motion for order to show cause why case should

---

[1] Petitioner Abu Abdul Aziz has been released from Guantanamo Bay through relinquishment of United States custody and transfer to the Government of Egypt. See Exhibit A to Notice of Multiple Petitions Filed by Guantanamo Bay Detainee (dkt. no. 5).

not be dismissed for lack of proper "next friend" standing or, in the alternative, to stay proceedings pending related appeals.

Dated: October 14, 2005                    Respectfully submitted,

                                                            PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents