# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL AZIZ,<br><br>      Detainee,<br><br>ISA ALI AL-MURBATI,<br><br>      Petitioners/Plaintiffs,<br><br>      v.<br><br>GEORGE W. BUSH, et al.,<br><br>      Respondents/ Defendants. | Civil Action 05-01864  (HHK) |

_____ORDER TO SHOW CAUSE WHY WRIT OF HABEAS CORPUS
SHOULD NOT BE DISMISSED

The court received notice from the U.S. Department of Justice on October 7, 2005, indicating that the detainee in this action has filed another petition for a writ of habeas corpus in this court, as Abdul Aziz Al Mossary.  [Docket #5].  The notice further indicates that the detainee has been released from Guantanamo Bay through relinquishment of United States custody and transfer to the Government of Egypt.  In light of this notice, it is unclear whether the petition for a writ of habeas corpus in this action continues to present a case or controversy under Article III of the Constitution.  *Spencer v. Kemna*, 523 U.S. 1 (1998).  Accordingly, it is on this 19th day of October, 2005, hereby

**ORDERED** that petitioner shall show cause, in a submission that shall be filed on or before November 4, 2005, why his petition for a writ of habeas corpus should not be dismissed.

Henry H. Kennedy, Jr.
United States District Judge