IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABU ABDUL AZIZ, *et al.*, ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | Civil Action No. 05-CV-1864 (HHK) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |

### PETITIONERS' RESPONSE TO ORDER TO SHOW CAUSE WHY WRIT OF HABEAS CORPUS SHOULD NOT BE DISMISSED

**ARGUMENT**

Petitioners' writ of habeas corpus should not be dismissed because respondents have failed to show that petitioner Abu Abdul Aziz (Detainee ISN 278) is the same individual as Sami Al Laithi, a.k.a. Abdul Aziz al Massary (Detainee ISN 287), who filed a petition in Sliti v. Bush, No. 05-CV-0429 (RJL), and who has been released from Guantánamo Bay and transferred to the custody of the Government of Egypt.

Indeed, the information available indicates that they are not the same individual and therefore the petitioners' writ of habeas corpus should not be dismissed. First, these two individual have different ISN designations. Second, they have different names. Granted, Mr. Al Laithi is apparently also known as Abdul Aziz Al Massary, which is similar to the petitioner's name. However, Abdul Aziz is also the name of the first king of Saudi Arabia, and as such this name is the Arabian equivalent of John Smith. Not surprisingly, there are a number of reported detainees in custody at Guantánamo Bay

Naval Station who also share the same name.[1]  Similarly, Civil Action No. 04-CV-1194 (HHK) involves petitioner named Abdul Aziz Abdullah Ali Al Suadi.[2]  There is also a detainee at Guantánamo Bay that the respondents have identified as Abu Abdel Aziz (a.k.a. Abdul Aziz al-Matrafi)[3], a camp X-Ray prisoner who allegedly funneled large sums of money to Osama bin Laden through a Gulf charity called al-Wafa.[4]

Given the common nature of the name "Abdul Aziz" and the numerous individuals reportedly incarcerated at Guantánamo Bay with this name, the Court should not dismiss the petitioners' writ for habeas corpus based solely on a footnote in the respondents' Notice of Multiple Petitions Filed By Guantánamo Bay Detainee (dkt. No. 5) representing that "…based on identifying information made available to respondents for the first time [by petitioner], respondents were able to identify petitioner Aziz as Detainee ISN 287."  This leaves unanswered the question of whether Detainee ISN 278 is in fact Abu Abdul Aziz, who, through some miscommunication between lawyer and "next-friend", has been misidentified as being an Egyptian in a wheelchair.[5]

The problem of accurately identifying detainees is the result of the respondents' own policies which this court ought not to allow as the basis for claiming that this petition should be dismissed because of confusion over the name of detainee ISN 278.

---

[1] The web site Cageprisoners.com hosts a list, albeit an unofficial one, of a number of individuals who are reportedly inmates at Guantánamo Bay.  Among the names mentioned are Abdul-Aziz Muhammad, Abdul Aziz al-Dabbah, Abdul Aziz bin Abdur Rahman Al Badaah, Abdul Aziz LNU, and Abdul Aziz Sad al Owshan.  See **Exh. 1**.

[2] See **Exh. 2**, Declaration of Teresa A. McPalmer, ¶ 2.

[3] See Exhibit R-1 from Declaration of James R. Crisfield, Jr., filed in Adil Zamil Abdull Mohssin Al Zamil, et al v. United States of America, et al, Civil Action No. 02-CV-0828 (CKK), attached hereto as **Exh. 3**.

[4] See "Prepared Statement of Mr. Matthew A. Levitt," Senior Fellow, Washington Institute For Near East Policy, August 1, 2002, before the United States Senate Subcommittee on International Trade and Finance hearing on "The role of charities and NGOs in the financing of terrorist activities," attached hereto as **Exh. 4**, at page 4;  see also John Mintz, "From Veil of Secrecy, Portraits of U.S. Prisoners Emerge," Washington Post, March 15, 2002, at A 3, attached hereto as **Exh. 5**.

[5] See Next Friend Authorization of Isa Ali Al Murbati, attached hereto as **Exh. 6**; see also Notes of Joshua Colangelo-Bryan from interview with Mr. Al Murbati, attached hereto as **Exh. 7**.

The respondents have repeatedly failed to provide even basic information concerning the identity of the prisoners being held at Guantánamo Bay Naval Station. The respondents first and foremost have steadfastly refused to simply publish the names and Internment Serial Numbers of all prisoners. Even some family members do not know who is truly in Guantánamo Bay, however the respondents have steadfastly refused to even take the simple measure of publishing the names and "Internment Serial Numbers" of all prisoners. See Smith Declaration, ¶ 10 (attached hereto as **Exh. 8**). As such, even the task of trying to identify the prisoners who wanted legal assistance was a monumental task. See id. ¶¶ 13-23.

The rules imposed by the respondents have made identification extremely difficult. If respondents would just identify the names which they believe to be the correct names of the prisoners, identification issues would be relieved. See id. ¶¶ 24-30. The fault of any identification problems rests with the respondents. Id. Respondents deemed the prisoner ISNs to be For Official Use Only until July 7, 2005, and the respondents must accept the fact that if there are problems with the identification of prisoners, it is a problem they created for themselves. Id. As such, questions concerning prisoner identification stem from the policies of the respondents and therefore should be resolved in favor of the petitioner, until such time as there is clear and convincing evidence to the contrary.

All the issues and concerns raised by the respondents in their Notice and by the Court in granting the Order to Show Cause could be quickly and easily resolved by allowing the undersigned counsel to go to Guantánamo and confer with Mr. Aziz (ISN 278) to determine whether or not he desires to pursue a writ of habeas corpus. If Mr. Aziz (ISN 278) desires to be represented the undersigned counsel could obtain an

3

appropriate authorization. If he does not desire to pursue legal recourse, undersigned counsel with immediately notify the respondent and this Court.

At the very least, the Court should order respondents to (1) provide evidence in support of their assertion that petitioner Aziz is in fact Sami Al Laithi, a.k.a. Abdul Aziz al Massary, and (2) indicate whether or not detainee ISN 278 is named Abu Abdul Aziz.

## CONCLUSION

WHEREFORE, the Petitioners respectfully request that the Court allow this petition for a writ of habeas corpus to proceed.

Dated:   November 4, 2005              Respectfully submitted,

                                       Counsel for Petitioners:


                                          /s/ Michael E. Mone, Jr.
                                       Michael E. Mone
                                       (MA BBO No. 351680)
                                       Michael E. Mone, Jr.
                                       (MA BBO No. 634607)
                                       ESDAILE, BARRETT & ESDAILE
                                       75 Federal Street
                                       Boston, MA  02110
                                       (617) 482-0333


                                       *Of Counsel*
                                       Barbara Olshansky (NY0057)
                                       Tina Monshipour Foster (TF5556)
                                       Gitanjali S. Gutierrez (GG1234)
                                       CENTER FOR CONSTITUTIONAL RIGHTS
                                       666 Broadway, 7th Floor
                                       New York, New York 10012
                                       Tel: (212) 614-6439
                                       Fax: (212) 614-6499