

**1393 days** of illegal imprisonment

Thursday, November 03, 2005

Home  About Us  How to Help  Feedback  Contact Us  Links

Gitmo's Hunger Strikers - Clive Staff_   Search: [  ] Go

Home
News
Articles
Interviews
Prisoners
Campaign
Media
From Behind Bars
Legal Issues
Islamic Focus
For the Families
Forums
Advance Search
Most Popular

**Prisoners : Guantanamo: Abdul-Aziz Muhammad**

**Name:** Abdul-Aziz Muhammad
**Nationality:** Saudi
**Residence:** Saudi Arabia
**Date of Arrest:** 04/10/2002
**Location of Arrest:** Khost, Afghanistan

Search for relevant articles

**Write to him:**
Abdul-Aziz Muhammad
160 Camp X-Ray
Washington DC 2053
USA

**Mailing List**
[  ]
Subscribe ⦿
Unsubscribe ○
Submit

**Timeline**
< November 2005 >
Su Mo Tu We Th Fr Sa
          1  2  3  4  5
6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

Support HHUGS

Write to the Forgotten Detainees

The Most Comprehensive Detainee List



1393 days of illegal imprisonment

Thursday, November 03, 2005

Home   About Us   How to Help   Feedback   Contact Us   Links

Campaign: Don't forget the prisoners this Ramadhan...

Search: [    ] Go

Home
News
Articles
Interviews
Prisoners
Campaign
Media
From Behind Bars
Legal Issues
Islamic Focus
For the Families
Forums
Advance Search
Most Popular

**Prisoners : Guantanamo: Abdul Aziz al-Dabbah**

**Name:** Abdul Aziz al-Dabbah
**Nationality:** Saudi
**Residence:** Saudi Arabia
**Marital Status:** Single
**Location of Arrest:** Afghanistan

Click here for related articles
Search for relevant articles

**Background:**
He is 23 years old.

His family have not received any letters from him for the past eight months.

**Write to him:**
Abdul Aziz al-Dabbah
160 Camp X-Ray
Washington DC 2053
USA

**Mailing List**
[    ]
Subscribe ⦿
Unsubscribe ○
Submit

**Timeline**
< November 2005 >
Su Mo Tu We Th Fr Sa
          1  2  3  4  5
 6  7  8  9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

Support HHUGS

Write to the Forgotten Detainees

The Most Comprehensive Detainee List

# CAGEPRISONERS

**1393 days** of illegal imprisonment

Thursday, November 03, 2005

Home | About Us | How to Help | Feedback | Contact Us | Links

Campaign: Don't forget the prisoners this Ramadhan..-

Search: [ ] Go

- Home
- News
- Articles
- Interviews
- Prisoners
- Campaign
- Media
- From Behind Bars
- Legal Issues
- Islamic Focus
- For the Families
- Forums
- Advance Search
- Most Popular

**Prisoners : Guantanamo: Abdul Aziz bin Abdur Rahman Al Badaah**

**Name:** Abdul Aziz bin Abdur Rahman Al Badaah
**Nationality:** Saudi
**Residence:** Saudi Arabia
**Marital Status:** Single
**Date of Arrest:** 04/10/2002
**Location of Arrest:** Khost, Afghanistan

Search for relevant articles

**Background:**
He is 21 years old

**Write to him:**
Abdul Aziz bin Abdur Rahman Al Badaah
160 Camp X-Ray
Washington DC 2053
USA

**Mailing List**

[ ]
Subscribe ●
Unsubscribe ○
Submit

**Timeline**
< November 2005 >

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |    |    |    |

Support HHUGS

Write to the Forgotten Detainees

The Most Comprehensive Detainee List

# CAGEPRISONERS

**1393 days** of illegal imprisonment

Thursday, November 03, 2005

Home  About Us  How to Help  Feedback  Contact Us  Links

Campaign: Don't forg-

Search: [    ] Go

- Home
- News
- Articles
- Interviews
- Prisoners
- Campaign
- Media
- From Behind Bars
- Legal Issues
- Islamic Focus
- For the Families
- Forums
- Advance Search
- Most Popular

**Prisoners : Guantanamo: Abdul Aziz LNU**

**Name:** Abdul Aziz LNU
**Nationality:** Saudi
**Residence:** Saudi Arabia
**Marital Status:** Single

**Write to him:**
Abdul Aziz LNU
160 Camp X-Ray
Washington DC 2053
USA

**Mailing List**
[    ]
Subscribe ●
Unsubscribe ○
Submit

**Timeline**
< November 2005 >

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |    |    |    |

Support HHUGS

Write to the Forgotten Detainees

The Most Comprehensive Detainee List

# CAGEPRISONERS

**1393 days** of illegal imprisonment

Thursday, November 03, 2005

Home  About Us  How to Help  Feedback  Contact Us  Links

Campaign: Don't forget the _

Search: [  ] Go

Home
News
Articles
Interviews
Prisoners
Campaign
Media
From Behind Bars
Legal Issues
Islamic Focus
For the Families
Forums
Advance Search
Most Popular

### Prisoners : Guantanamo: Abdul Aziz Sad Al Owshan

**Name:** Abdul Aziz Sad Al Owshan
**Nationality:** Saudi
**Residence:** Saudi Arabia
**Marital Status:** Single

**Background:**
It is alleged that he worked in the Finance department of al-Qaida.

**Write to him:**
Abdul Aziz Sad Al Owshan
160 Camp X-Ray
Washington DC 2053
USA

**Mailing List**
[  ]
Subscribe ◉
Unsubscribe ○
Submit

**Timeline**
< November 2005 >

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |    |    |    |

Support HHUGS

Write to the Forgotten Detainees

The Most Comprehensive Detainee List