Combatant Status Review Board

TO: Personal Representative

FROM: Recorder

Subject: Summary of Evidence for Combatant Status Review Tribunal – Al Zamel, Adel Zamel ABD Al Mahsen

1. Under the provisions of the Department of the Navy Memorandum, dated 29 July 2004, *Implementation of Combatant Status Review Tribunal Procedures for Enemy Combatants Detained at Guantanamo Bay Naval Base Cuba*, a Tribunal has been appointed to review the detainee's designation as an enemy combatant.

2. An enemy combatant has been defined as "an individual who was part of or supporting the Taliban or al Qaida forces, or associated forces that are engaged in hostilities against the United States or its coalition partners. This includes any person who committed a belligerent act or has directly supported hostilities in aid of enemy armed forces."

3. The United States Government has previously determined that the detainee is an enemy combatant. This determination is based on information possessed by the United States that indicates that he associated with al-Qaida and engaged in hostilities against the United States or its coalition partners.

    a. Detainee is associated with al-Qaida.

        1. The detainee admits establishing the al-Wafa organization with detainee Abu Abdel Aziz (a.k.a. Abdul Aziz al-Matrafi) and Samar Khand in Kabul, Herat, and Kandahar, AF. Detainee worked in the Kandahar office.

        2. The WAFA organization is listed on Executive Order 13224 as an entity that commits or poses a significant risk of committing acts of terrorism.

        3. Detainee was closely associated with Suliman Abu Ghaith and admits that Ghaith was the spokesperson for al-Qaida and Usama Bin Laden.

        4. Detainee stayed at a safe house for several weeks in Pakistan while waiting to flee the country. He was arrested at the house with sixteen other persons by Pakistani authorities.

        5. Detainee had prior knowledge of the September 11, 2001, attacks on the U.S.

4. The detainee has the opportunity to contest his designation as an enemy combatant. The Tribunal will endeavor to arrange for the presence of any reasonably available witnesses or evidence that the detainee desires to call or introduce to prove that he is not an enemy combatant. The Tribunal President will determine the reasonable availability of evidence or witnesses.

Page 1 of 1

EXHIBIT R-1