FROM VEIL OF SECRECY, PORTRAITS OF U.S. PRISONERS EMERGE

By John Mintz, Washington Post Staff Writer

Some appear to be naive teenagers whipped into religious frenzy and dispatched to holy war by wily elders. Others are seasoned thugs who drilled intensively at Osama bin Laden's camps in the sinister arts of murder with bare hands and construction of hairbrush bombs.

Now they're all tossed together in three U.S. prisons surrounded by razor wire: 300 at Guantanamo Bay naval base in Cuba and 244 at two camps in Afghanistan awaiting transfer to the Caribbean prison for questioning in new windowless plywood interrogation huts.

Citing security concerns, U.S. officials have refused to reveal the detainees' identities, nationalities and other details -- when they know them. Officials admit they are befuddled about the real identities of dozens of the detainees. But in piecing together the information available from officials in their home countries and other sources, part of the portrait of the Guantanamo Bay inmates has emerged.

Together the prisoners may be a rich source of intelligence on the past and future operations of the al Qaeda terrorist network, but only if their U.S. captors, working against the clock but under strict U.S. rules of interrogation, can elicit the information they need.

One unidentified Guantanamo Bay prisoner, for example, provided investigators with the crucial piece of information that led to last month's government terror alert when he told them that Feb. 12 was the possible date of an attack in either the United States or Yemen.

Among the prisoners who U.S. officials consider a potential intelligence catch is Abdul Aziz, a Saudi who was a ranking al Qaeda financial official. He is alleged to have funneled large sums of money to bin Laden through a Persian Gulf charity called Wafa, which had the ostensible mission of distributing food and medicine to the poor in the Afghan capital of Kabul.

Other prisoners lack such credentials. One of those may be Murat Kurnaz, 19, a Turkish citizen who lived in Germany and loved to walk his Rottweiler and lift weights, friends said. But he fell under the sway of a radical imam and flew to Pakistan in a rush of religious fervor a few weeks after the September attacks, his parents told German reporters. Their last contact was an odd call in which he said he had found "the true Islam." He was captured last month with the Taliban.

U.S. officials decline comment about the location of specific detainees, so it is not clear whether Aziz and Kurnaz, among other captives whose names have surfaced, have been taken to Cuba or remain in Afghanistan.

Of the 544 U.S. prisoners, Taliban officers from Afghanistan constitute the largest group. The second-largest group comes from Saudi Arabia -- about 100, evenly split between Cuba and Afghanistan. The captives at Guantanamo Bay's Camp X-Ray come from 26 nations, and include 30 Yemenis, 25 Pakistanis, eight Algerians, three Britons and small numbers from Russia's breakaway Chechnya province, France, Belgium and Australia.

Kuwaiti officials have said at least six of their citizens are at the camp. A Swede, Mehdi-Muhammed Ghezali, 22, was visited in his cell last week by a diplomat from his home country who carried a recorded message from the captive's father.

According to Arabic newspapers, U.S forces in Afghanistan are holding nationals from several Central Asian republics, as well as Jordan, Syria, Bahrain, Bangladesh, Tunisia, Morocco, Indonesia and some Kurds from Iraq, although officials of some of those governments say they know nothing about such detentions.

But U.S. officials say that the identities of many of the detainees remain unclear, and that many of them have given multiple names and stories.

During a visit to the camp March 3, FBI Director Robert S. Mueller III said investigators have taken DNA samples from U.S. prisoners in Cuba and Afghanistan to compare specimens in the event any of them are released and rearrested.

Some Camp X-Ray guards told reporters in Cuba last month that they are under orders to ensure that none of the CIA, FBI and military interrogators even touches a detainee during questioning. The standing orders are implicit on palm-sized "Rules of Engagement" cards given to military police officers as reminders of their mission. The orders begin with a bold-faced directive: "The Physical Security of U.S. Forces and Detainees in U.S. Care is Paramount."

U.S. officials decline to describe in detail how they decide which detainee will be sent to which prison. Besides Camp X-Ray and the U.S. Special Forces detention facility at the former Soviet air base in Bagram, the Americans operate a prison in Kandahar.

U.S. interrogators also search for terrorist suspects by sifting through information about thousands of detainees at other prisons in the region, some in Pakistan, and one a decrepit detention camp in Shebargan, Afghanistan. Human rights groups complain that the more than 3,000 prisoners there lack adequate food, medical care and sanitation and are left in the bitter cold day and night.

One prisoner already known to be at Camp X-Ray is the Taliban army's former chief of staff, Fazel Mazloom. Some Afghans consider him a suspect in planning al Qaeda's murder of the popular Northern Alliance leader, Ahmed Shah Massoud, days before the Sept. 11 attacks on New York and Washington.

Another captured Taliban official is well known to American viewers of all-news cable networks: the bushy bearded Abdul Salam Zaeef, the regime's former ambassador to Pakistan. Yet another Taliban representative believed held by the Americans is Awal Gul, who helped bin Laden move to Afghanistan from Sudan in the 1990s and was considered a close associate.

The United States also is believed to be holding three former Taliban officials who human rights groups want investigated for allegedly brutalizing Taliban opponents during their reign, actions that potentially could result in war crimes charges. Nurullah Nuri was once the governor of northern Afghanistan, and Mohammad Fazel was the Taliban's deputy defense minister. The third, known by the single name Dadaullah, allegedly rampaged through central Afghanistan last year, destroying villages and executing hundreds of civilians.

A potential star witness for the Americans -- or possible defendant if he refuses to talk -- is an Egyptian, Ahmed Abdel Rahman. He is the son of Omar Abdel Rahman, the blind cleric convicted in 1995 of conspiring to blow up New York landmarks. The son was captured in Kabul in November.

Among the eight Algerians in Cuba are six that were picked up by U.S. forces in Bosnia, far from the fighting in Afghanistan. The six had all traveled to Bosnia in the 1990s to join the Muslim resistance against the Serbs, remained there and married Bosnian women. All worked for Islamic charities, some of which are

suspected of secretly advancing extremist agendas.

The leader of the six was alleged to be Bensayah Belkacem, a sometime trinket salesman whose cellular telephone conversations were taped by U.S. officials as he allegedly called al Qaeda operatives to plan a bombing of the U.S. Embassy in Sarajevo. He and the five others -- including an Arabic teacher and a mechanic -- were detained by Bosnian authorities in October.

In December, when judges there determined they had no grounds to hold them, their Bosnia captors released them. But by prior arrangement with the Americans, the six were met at the jailhouse door and whisked away to Cuba.

Another Guantanamo Bay prisoner drawing notice is David Hicks, 26, an Australian high school dropout who traveled the world as an adventurer with various Muslim militant groups. He began his Cuban stay loudly proclaiming his desire to kill Americans, but has since calmed down, according to guards.

Three young men of Moroccan descent -- Hamed Abderrahman Ahmed, 27, and Reswad Abdulsam, 30, of Spain; and Hassan Maimoundi of Denmark -- are also alleged to be in Camp X-Ray, according to published reports.

Six men from France also are locked up there, all of whom were born to North African parents who lived in working-class slums and all of whom trained at al Qaeda camps in Afghanistan, according to foreign press reports.

One, Khaled ben Mustapha, 30, worked as a computer technician in Paris and disappeared in July after a family argument, according to French newspapers. Another, Khalid Ridouane, 34, is an alleged Muslim extremist arrested at the 1998 World Cup in Paris after a search of his home yielded bomb components and military uniforms. Charges stemming from the search later were dropped.

Five young men from Britain are at X-Ray, too, including Feroz Abbasi, 22, from the London suburb of Croydon, and Jamal Udeen, 35, a Web site designer from Manchester. The other three are chums from the impoverished West Midlands town of Tipton. Ruhal Ahmed, 20; Asif Iqbal, 20; and Shafiq Rasul, 24, are graduates of the same high school and played on the same soccer team, Tipton United.

The families of Iqbal and Rasul, who are asking a federal judge in Washington to hold a hearing into their detention, deny the pair are Muslim extremists.

But British papers tell another story. Rasul was drawn into radical Islam after a visit to Pakistan for a wedding, they said. After being inflamed by visions of jihad by an elderly imam, he and Iqbal began to argue with their immigrant families for, in their eyes, acting too British, published reports said.

In October, weeks after the al Qaeda attacks, Rasul traveled to Pakistan and told his parents he wanted to take a computer course there. Iqbal went to Pakistan with his father about the same time, to set up an arranged marriage. On Oct. 7 he told his father he was going to a nearby city to visit friends, and, leaving behind his passport and cash, said he would return in a few days.

The next thing their families heard was that they had been arrested with al Qaeda members in Afghanistan. Surely, their families told reporters, these young men, interested in designer clothes and holidays on the Canary Islands, had been brainwashed, or perhaps used as human shields by terrorists.

Staff writer Steve Fainaru and research editor Margot Williams contributed to this report.

© 2002 The Washington Post Company