(u) I, Isa Ali Al Murbati hereby authorize Dorsey + Whitney LLP or attorneys designated by Dorsey + Whitney LLP to represent Muhammed Qasim [Abu Abdul Aziz], and Mazin Salih Al-Harbi.

(u) I make this authorization as next friend to Mr. Qasim [Mr. Abu Abdul Aziz (#2785)], and Mr. Al-Harbi.

March 17, 2005

_____
Isa Ali Al-Murbati

**UNCLASSIFIED**