(U) ~~Abu Ahmad~~ - Abu Abdul Aziz (Egyptian) - met in Camp 5 - in wheelchair - 1 yr ago, 4 MPs pushed his head down while he was sitting on floor - broke his back - shackled him by force - took him to car - shackles were very tight - sat for 5 hrs in car - then to res hosp - took x-ray - said back was broken - you need operation - he doesn't want to do op b/c he heard of others that failed - Is always in wheelchair even in shower -

(U) Incident ~~Accident~~ was in Delta - not sure where