IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AHMED DOE, *et al.*, | ) | |
| Petitioners, | ) ) ) | |
| v. | ) | Civil Action No. 05-CV-1458 (ESH) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ADIL BIN MUHAMMAD AL   WIRGHI, *et al.*, | ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) | Civil Action No. 05-CV-1497 (RCL) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| NABIL (Last Name Unknown), *et al.*, | ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) | Civil Action No. 05-CV-1504 (RMC) |
| GEORGE W. BUSH,   President of the United States,   *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| ABBAR SUFIAN AL HAWARY, *et al.*, ) ) Petitioners, ) ) v. ) ) GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) ) Respondents. ) | Civil Action No. 05-CV-1505 (RMC) |
| SHAFIIQ (Last Name Unknown), *et al.*, ) ) Petitioners, ) ) v. ) ) GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) ) Respondents. ) | Civil Action No. 05-CV-1506 (RMC) |
| HAMID AL RAZAK, *et al.*, ) ) Petitioners, ) ) v. ) ) GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) ) Respondents. ) | Civil Action No. 05-CV-1601 (GK) |

| | | |
|---|---|---|
| KADEER KHANDAN, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | Civil Action No. 05-CV-1697 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| USAMA HASAN ABU KABIR, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) | Civil Action No. 05-CV-1704 (JR) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| MUHAMMED QASIM, *et al.*, | ) ) | |
| Petitioners, | ) ) | |
| v. | ) | Civil Action No. 05-CV-1779 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| ABU ABDUL AZIZ, *et al.*, )<br>)<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>)<br>    Respondents. )<br>) | Civil Action No. 05-CV-1864 (HHK) |
| ISMAIL ALKHEMISI, *et al.*, )<br>)<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>)<br>    Respondents. )<br>) | Civil Action No. 05-CV-1983 (RMU) |
| BENDER AYED HAMOUD HEZAM )<br>    AL-OTEIBI AL-SHABANY, *et al.*, )<br>)<br>    Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>    President of the United States, )<br>    *et al.*, )<br>)<br>    Respondents. )<br>) | Civil Action No. 05-CV-2029 (JDB) |

<mark>
</mark>

|  |  |  |
|---|---|---|
| ZAKIRJAN, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2053 (HHK) |
| | ) | |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| DR. ABU MUHAMMED, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2087 (RMC) |
| | ) | |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| ISSAM HAMID ALI BIN ALI AL JAYFI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2104 (RBW) |
| | ) | |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ATTORNEY APPEARANCE**

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated:  November 21, 2005                Respectfully submitted,

                                         PETER D. KEISLER
                                         Assistant Attorney General

                                         KENNETH L. WAINSTEIN
                                         United States Attorney

                                         DOUGLAS N. LETTER
                                         Terrorism Litigation Counsel

                                           /s/ Terry M. Henry
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         TERRY M. HENRY
                                         JAMES J. SCHWARTZ
                                         PREEYA M. NORONHA
                                         ROBERT J. KATERBERG
                                         NICHOLAS J. PATTERSON
                                         ANDREW I. WARDEN
                                         EDWARD H. WHITE
                                         Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Ave., N.W.  Room 7144
                                         Washington, DC  20530
                                         Tel:  (202) 514-4107
                                         Fax:  (202) 616-8470

                                         Attorneys for Respondents