IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ABU ABDUL AZIZ**, *et al.*, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Petitioner*, | | |
| *v*. | | Civil Action No. 05-CV-1864 (HHK) |
| **GEORGE W. BUSH**, *et al.*, | | |
| *Respondents.* | | |

### [PROPOSED] ORDER

The Court having considered Petitioner's Motion for Stay-and-Abey Order,

IT IS HEREBY ORDERED that the Motion is granted; it is further

ORDERED that this action shall be stayed and held in abeyance pending Petitioner's exhaustion of those remedies, and the filing in the Supreme Court of a renewed petition for certiorari to review the Court of Appeals' jurisdictional holding in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007) ("*Boumediene I*") or the Supreme Court's resolution on the merits of the same jurisdictional issue as presented in a pending original habeas petition in *In re Ali*, No. 06-1194.

Dated: _____              _____
                                    Henry H. Kennedy
                                    United States District Judge