**Michael Mone**

| | |
|---|---|
| From: | Campbell, Jennifer [Jennifer.Campbell@usdoj.gov] |
| Sent: | Thursday, May 03, 2007 5:02 PM |
| To: | Michael Mone |
| Cc: | Warden, Andrew (CIV) |
| Subject: | Aziz v. Bush, 05-CV-1864 |

I am writing to inform you that your motion titled "Opposition to Respondents' Motion to Dismiss, Motion for a Stay and Abey Order, and Notice of Intent to File Petition under the DTA" that was filed with the Court Security Officer on May 3, 2007, is unclassified. Please file this on the public record as soon as possible on the Court's ECF system.


Jennifer Campbell
Court Security Officer
Litigation Security Section
U.S. Department of Justice
20 Massachusetts Avenue, NW, Ste 5300
Washington, DC  20530
(202) 514-9016