UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL AZIZ, )<br>)<br>    Detainee, )<br>)<br>ISA ALI AL-MURBATI, as Next Friend of )<br>ABU ABDUL AZIZ )<br>)<br>    Petitioners/Plaintiffs, )<br>)<br>    v. )<br>GEORGE W. BUSH, *et al.*, )<br>)<br>    Respondents. )<br>) | Civil Action No. 05-1864 (HHK) |

## ORDER

Local Civil Rule 40.6(a) permits the judges of this Court to "transfer directly all or part of any case on the judge's docket to any consenting judge." LCvR 40.6(a). Furthermore, on July 1, 2008, the United States District Court for the District of Columbia adopted a Resolution of the Executive Session, in which the judges agreed to, among other things, transfer cases filed by the detainees held at Guantanamo Bay to Judge Thomas F. Hogan for coordination and management, while retaining the cases for all other purposes.

In the interest of facilitating Judge Hogan's case-coordination process, the Court will transfer this case to Judge Hogan for coordination and management as reflected in the July 1, 2008 Resolution of the Executive Session.

**SO ORDERED**.

July 10, 2008                                                                 Henry H. Kennedy, Jr.
                                                                                                                                        United States District Judge