IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| GUANTANAMO BAY DETAINEE LITIGATION | ) ) ) ) ) ) ) | Misc. No. 08-0444 (TFH) <br><br> Civil Action No. 05-CV-1864 (HHK) |

## PETITIONER'S STATUS REPORT

In response to the Court's Order of July 3, 2008, requesting a status report in the above-encaptioned matter, the petitioner replies as follows:

1. This petition is duplicative of an earlier filed petition, 05-CV-0492 (RJL).

2. Petitioner was previously declared no longer an enemy combatant and released from Guantánamo to his native Egypt.

3. Petitioner is filing, simultaneously with this status report, a Motion to Voluntarily Withdraw Habeas Petition Without Prejudice, a copy of which is attached hereto as Exhibit A. The Respondent does not object to the dismissal of this petition.

4. The Court should grant Petitioner's Motion and allow Petitioner to Voluntarily Withdraw Petitioner's Habeas Petition Without Prejudice, for the reasons stated therein.

Dated: July 14, 2008

Respectfully submitted
By Counsel for Petitioner:

/s/ Michael E. Mone, Jr.
Michael E. Mone, Jr.
(MA BBO No. 634607)
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA  02110
(617) 482-0333

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gitanjali S. Gutierrez (GG1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I, Michael E. Mone, Jr., certify that I today caused a true and accurate copy of PETITIONER'S STATUS REPORT to be served upon the following persons via this Court's Electronic Case Filing system:

Terry Henry, Esq., Senior Trial Attorney
Andrew I. Warden, Esq., Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 7144
Washington, DC 20530

This 14th day of July, 2008.

/s/ Michael E. Mone, Jr.
Michael E. Mone, Jr.
(MA BBO No. 634607)
ESDAILE, BARRETT & ESDAILE
75 Federal Street
Boston, MA  02110
(617) 482-0333