IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: )<br>)<br>GUANTANAMO BAY )<br>DETAINEE LITIGATION )<br>)<br>)<br>)<br>) | Misc. No. 08-0444 (TFH)<br><br>Civil Action No. 05-CV-1864 (HHK) |

### PETITIONER'S MOTION TO VOLUNTARILY WITHDRAW
### HABEAS PETITION WITHOUT PREJUDICE

Now comes the Petitioner in the above-encaptioned matter and moves this Honorable Court to allow Petitioner to voluntarily withdraw this habeas petition because it is duplicative of another habeas proceeding and because the Petitioner has already been released from U.S. custody.[1]  As reasons therefore, Petitioner states as follows:

1. Undersigned counsel filed this habeas petition on behalf of Abu Abdul Aziz, ISN #278, based upon a "next-friend" authorization obtained from a fellow detainee, Isa al Murbati.

2. After Respondents filed a motion to dismiss based upon a next friend challenge [dkt. #2], undersigned counsel contacted Mr. al Murbati's habeas counsel to determine if there was any additional information more precisely identifying Mr. Aziz and demonstrating his relationship to Mr. al Murbati.

---

[1] Undersigned counsel has conferred with Attorney Warden, counsel for the Respondent, via email, and Respondents do not object to dismissal of this case.

3. Undersigned counsel was provided with the unclassified notes from Mr. al Murbati's counsel which described Mr. Aziz as being an Egyptian national who was confined to a wheelchair after suffering broken vertebrae allegedly as a result of an incident involving the Immediate Reaction Force at Guantánamo. Undersigned counsel incorporated this new identifying information into Petitioner's Memorandum in Opposition to Respondents' Motion to Show Cause [dkt. #4].

4. In response, Respondents filed Notice of Multiple Petitions Filed by Guantánamo Detainee [dkt. #5], stating that Petitioner Aziz (ISN 2_7_8), was actually Sami al Laithi (a.k.a. Abdul Aziz al Mossary) (ISN 2_8_7) who was proceeding under an earlier filed habeas petition (05-CV-0492 (RJL)).[2] Furthermore, Respondents stated that Mr. al Laithi had previously been declared no longer an enemy combatant and transferred from Guantánamo to Egypt.

5. It is apparent that the "Aziz" Mr. al Murbati was describing to his attorney was, in fact, Mr. al Laithi, and that he got his numbers crossed up. His description of "Aziz" fits Mr. al Laithi exactly (Egyptian, broken back, wheelchair) except for the ISN number, in which he transposes the "8" and the "7".[3]

Therefore, as it is clear that Petitioner "Aziz" is actually former detainee Sami al Laithi, the Court should allow Petitioner to voluntarily withdraw this petition as it is

---

[2] Mr. al Laithi was represented in his habeas petition by Attorney Clive Stafford Smith.
[3] Detainee ISN 278 is a Uighur named Abdul Helil Mamut (a.k.a. Abdul Nasser), who is represented by Attorney P. Sabin Willet.

2

duplicative of another habeas petition (05-CV-0492 (RJL)) for a detainee who has been released from U.S. custody.

|  |  |
|---|---|
| Dated: July 14, 2008 | Respectfully submitted<br>By Counsel for Petitioner:<br><br>/s/ Michael E. Mone, Jr.<br>Michael E. Mone, Jr.<br>(MA BBO No. 634607)<br>ESDAILE, BARRETT & ESDAILE<br>75 Federal Street<br>Boston, MA  02110<br>(617) 482-0333<br><br>*Of Counsel*<br>Barbara J. Olshansky (NY0057)<br>Director Counsel<br>Tina Monshipour Foster (TF5556)<br>Gitanjali S. Gutierrez (GG1234)<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, New York 10012<br>Tel: (212) 614-6439<br>Fax: (212) 614-6499 |

**CERTIFICATE OF SERVICE**

     I, Michael E. Mone, Jr., certify that I today caused a true and accurate copy of Petitioner's MOTION TO VOLUNTARILY WITHDRAW HABEAS PETITION WITHOUT PREJUDICE to be served upon the following persons via this Court's Electronic Case Filing system:

        Terry Henry, Esq., Senior Trial Attorney
        Andrew I. Warden, Esq., Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., NW, Room 7144
        Washington, DC 20530

This 14th day of July, 2008.

        /s/ Michael E. Mone, Jr.
        Michael E. Mone, Jr.
        (MA BBO No. 634607)
        ESDAILE, BARRETT & ESDAILE
        75 Federal Street
        Boston, MA  02110
        (617) 482-0333