UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABU ABDUL AZIZ, ) | |
| Detainee, ) | |
| ISA ALI AL-MURBATI, as Next Friend of ) ABU ABDUL AZIZ ) | |
| Petitioners/Plaintiffs, ) | |
| v. ) | Civil Action No. 05-01864 (HHK) |
| GEORGE W. BUSH, *et al.*, ) | |
| Respondents. ) | |
| IN RE: ) | Misc. No. 08-00444 (TFH) |
| PETITIONERS SEEKING HABEAS CORPUS ) RELIEF IN RELATION TO PRIOR ) DETENTIONS AT GUANTANAMO BAY ) | |

**ORDER**

Before the court is Petitioner's unopposed Motion to Voluntarily Withdraw Habeas Petition Without Prejudice [# 32]. Upon consideration of the motion and the record of this case, it is this 17th day of July 2008, hereby

**ORDERED** that Petitioner's motion is **GRANTED**; and it is further

**ORDERED** that Petitioner's Petition for Writ of Habeas Corpus is dismissed without prejudice.

July 17, 2008                              Henry H. Kennedy, Jr.
                                           United States District Judge